496 Pa. 416 (1981)
437 A.2d 942
COMMONWEALTH of Pennsylvania
v.
Edelmiro COLON a/k/a Eldimiro Colon.
Supreme Court of Pennsylvania.
Submitted October 19, 1981.
Decided December 17, 1981.
Joel S. Moldovsky, Philadelphia (court-appointed), for appellant.
Robert B. Lawler, Chief, Appeals Div., Michele Goldfarb Lehr, Philadelphia, for appellee.
Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

ORDER
PER CURIAM:
The Order of the Court of Common Pleas is affirmed.